IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

VIVIAN WARREN                                                                                     PLAINTIFF

V.                                                                                        NO: 3:20CV220-M-RP

DANIEL B. FORE,
A/K/A DANIEL B. FORE, MD                                                              DEFENDANT

## ORDER

This cause comes before the Court on Defendant's Motion in Limine [83] to preclude any reference or comparison during the trial of this cause that any medical condition the Plaintiff experienced is comparable to the COVID-19.

The Defendant argues that there is no proof or reference in any medical record or from any physician that Warren's hypoxia was in any way related to COVID-19. The Defendant further argues that making any reference, inuendo, or supposition that Warren experience COVID-19 like symptoms is misleading and unnecessary, as Warren was not diagnosed with COVID-19.

The Court finds that any reference, questioning, or comparison of Warren's conditions, or experiences, with COVID-19 has no probative value, and thus Defendant's motion in limine is GRANTED.

**ACCORDINGLY**, it is therefore ordered that Defendant's Motion in Limine [83] is **GRANTED**.

**SO ORDERED**, this 23d day of November, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**