IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**VIVIAN WARREN**                                                                                                   **PLAINTIFF**

**V.**                                                       **NO: 3:20CV220-M-RP**

**DANIEL B. FORE,**
**A/K/A DANIEL B. FORE, MD**                                               **DEFENDANT**

## ORDER

This cause comes before the Court on Defendant's motion in limine [85] to preclude all opinion testimony not contained in medical records of the treating physicians identified by Plaintiff in her Rule 26(a)(2)(c) expert disclosures. Plaintiff responds by stating that the issues raised in this motion have been ruled on in the Court's Order on Defendant's Motion for Partial Summary Judgment. [96]

The Court finds that the issues regarding the opinion testimony of the treating physicians have been ruled upon in the Court's Order on Defendant's Motion for Partial Summary Judgment. [96] Thus, Defendant's motion in limine [85] is MOOT.

**ACCORDINGLY**, it is therefore ordered that Defendant's Motion in Limine [85] is **DISMISSED AS MOOT**.

**SO ORDERED**, this 23rd day of November, 2021.

                                                                /s/ Michael P. Mills
                                                                **UNITED STATES DISTRICT JUDGE**
                                                                **NORTHERN DISTRICT OF MISSISSIPPI**