IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

VIVIAN WARREN                                                                                   PLAINTIFF

V.                                                                                   NO: 3:20CV220-M-RP

DANIEL B. FORE,
A/K/A DANIEL B. FORE, MD                                                              DEFENDANT

## ORDER

This cause comes before the Court on Defendant's Motion in Limine [87] to preclude evidence of liability insurance. Defendant requests that the Court preclude questioning or reference to whether Dr. Fore or any of the witnesses called by Dr. Fore, including expert witnesses, are insured by any liability insurance company. Plaintiff responds by arguing that under Fed. R. Evid. 411, evidence of liability insurance may be admissible for purposes such as proving a witness's bias or prejudice or proving agency, ownership, or control. Fed. R. Evid. 411.

When ruling on motions in limine, the Court notes that "[e]vidence should not be excluded … unless it is clearly inadmissible on all potential grounds." *Harkness v. Bauhas U.S.A., Inc.*, 2015 WL 631512, at *1 (N.D. Miss. Feb. 13, 2015) (quoting *Fair v. Allen*, 2011 WL 830291, at *1 (W.D. La. Mar. 3, 2011)). Evidence of liability insurance is generally inadmissible, and thus, Defendant's motion in limine [87] is GRANTED subject to proof that it would be otherwise admissible, with such facts not being presently known to the Court.

**ACCORDINGLY**, it is therefore ordered that Defendant's Motion in Limine [87] is **GRANTED**.

**SO ORDERED**, this 23rd day of November, 2021.

/s/ Michael P. Mills_____
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**