IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**VIVIAN WARREN**                                                                                    **PLAINTIFF**

**V.**                       **NO: 3:20CV220-M-RP**

**DANIEL B. FORE,**
**A/K/A DANIEL B. FORE, MD**                         **DEFENDANT**

## ORDER

This cause comes before the Court on Defendant's Motion For a Twelve Person Jury. [113] The Court shares concerns with Defendant regarding COVID-19, however, the Court does not believe a twelve-person jury would alleviate the potential issue of jurors being dismissed during the trial. A twelve-person jury would crowd the jury box, thus placing the jurors in very close proximity to one another, which would, in the Court's belief, increase the possibility of a juror or jurors being dismissed due to COVID-19. A slightly smaller jury would increase the ability to socially-distance the jurors from each other, thus decreasing the risk of COVID-19 being an issue during the trial. The Court will seat eight jurors.

**ACCORDINGLY**, it is therefore ordered that Defendant's Motion For a Twelve Person Jury [113] is **DENIED**.

**SO ORDERED**, this 23rd day of November, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**